# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| JO ANNA CANZONERI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:08CV751 JCH |
| | ) | |
| GEORGE W. BUSH, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This cause came before the Court upon a review of the record. On May 23, 2008, Jo Anna Canzoneri filed a complaint attempting to allege various causes of action against the President of the United States, and various other state and federal agencies and officials. Along with her complaint, plaintiff filed a motion to stay and a motion to proceed in forma pauperis. The Court has been notified that the above-captioned matter is identical to a case plaintiff filed in the United States District Court for the Eastern District of Wisconsin on May 28, 2008, as well as cases plaintiff has filed in at least six other federal district courts over the past three weeks. On June 4, 2008, Judge J.P. Stadtmueller issued an Order dismissing plaintiff's action in the Eastern District of Wisconsin without prejudice. See Canzoneri, et al. v. George Bush, et al., Case No. 2:08CV469 JPS (E.D. Wis. June 4, 2008). The Court has reviewed Judge Stadtmueller's Order and hereby adopts

and incorporates his reasoning with respect to the disposition of the above-captioned matter.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to proceed in forma pauperis [Doc. #2] is **GRANTED**.

**IT IS FURTHER ORDERED** that Clerk shall not issue process or cause process to issue upon the complaint because the complaint is legally frivolous or fails to state a claim upon which relief can be granted, or both, and will be summarily dismissed without prejudice.

**IT IS FURTHER ORDERED** that plaintiff's motion for stay [Doc. #3] is **DENIED** as moot.

An appropriate order of dismissal shall accompany this Memorandum and Order.

Dated this <u>6th</u> Day of June, 2008.

/s/ Jean C. Hamilton
JEAN C. HAMILTON
UNITED STATES DISTRICT JUDGE
